# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DENCEO, LLC, | CASE NO: 1:09-cv-186 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| REPUBLIC BANK, | |
| Defendant. | |

Plaintiff Denceo, LLC and Citizens Bank, successor by merger to the interests of Republic Bank, hereby stipulate that this action shall be and is hereby dismissed with prejudice pursuant to Rule 41(A)(1)(ii), each party to bear its own costs and attorneys' fees.

Respectfully submitted,

OF COUNSEL:

*Mark R. Koberna*_____

William H. Narwold
MOTLEY RICE, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, Connecticut 06103

Mark R. Koberna (0038985)
Rick D. Sonkin (0038771)
SONKIN & KOBERNA CO., LPA
3401 Enterprise Parkway, Suite 400
Cleveland, Ohio 44122
(216) 514-8300
(216) 514-4467 (FAX)

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

APRIL 3, 2009
```

Steven M. Weiss (0028984)
55 Public Square, Suite 1009
Cleveland, Ohio 44113
(216) 348-1800
(216) 348 1130 (FAX)
Attorneys for Plaintiff,
Denceo, LLC